1054

CALVIN LONGSTAFF, JR., *Appellant*, v. TCI CABLEVISION OF WASHINGTON, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 99-2-00729-1, John M. Meyer, J., entered March 1, 2001. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. DESMOND MAURICE DENNIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08312-9, Michael Hayden, J., entered February 22, 2000. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-1-01350-0, Steven J. Mura, J., entered April 23, 2001. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. TERRELL JAMES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-01352-0, Larry A. Jordan, J., entered April 25, 2001. *Affirmed* by unpublished per curiam opinion.